UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD, | No. 2:21-cv-02374-WBS-CKD |
| Plaintiff, | |
| v. | ORDER |
| HOWARD E. MOSELEY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 15, 2022, the court issued an order adopting the magistrate judge's Findings and Recommendations and denied plaintiff in forma pauperis ("IFP") status. ECF No. 9. Plaintiff was ordered to pay the statutory filing fee within 14 days. ECF No. 9. In the same order, plaintiff was cautioned that the failure to do so would result in dismissal of this action. Id. The allotted time period has now expired, and plaintiff has not paid the filing fee to be able to proceed with this action.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice based on plaintiff's failure to pay the filing fee following the denial of his in forma pauperis status; and

1

2. The Clerk of Court is directed to enter judgment and close this case.

Dated:  March 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12/brad2374.fpf.docx